FORM 1    Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 21-10042-RLJ | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | THUNDERBIRD LAND SERVICES LLC | Date Filed (f) or Converted (c): | 03/30/2021 (f) |
| For the Period Ending: | 5/1/2022 | §341(a) Meeting Date: | 05/28/2021 |
| | | Claims Bar Date: | 10/21/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Deposits in checking account at First State Bank, Graham, TX Checking account 2205 | $2,066.62 | $2,066.62 | | $2,066.62 | FA |
| 2 Cash supersedas bond in Cause No. DC-2013-0016, 32nd District Court of Fisher County, Texas | $1,699.67 | $1,699.67 | | $0.00 | FA |
| 3 Accounts receivable 90 days old or less $2500.00 | $2,500.00 | $0.00 | | $0.00 | FA |
| 4 Accounts receivable Over 90 days old: | $0.00 | $0.00 | | $0.00 | FA |
| 5 Suit against Hudson Petroleum, et al in Shackelford County, Texas Nature of claim Amount requested Suit on acount $48,280.00 | $0.00 | $0.00 | | $0.00 | FA |

TOTALS (Excluding unknown value)      **Gross Value of Remaining Assets**

$6,266.29    $3,766.29    $2,066.62    $0.00

**Major Activities affecting case closing:**
05/01/2022    The Trustee has completed administering the case. TFR to be submitted by 05/31/2022.
07/30/2021    Trustee is in the process of liquidating scheduled assets.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 03/30/2022 | /s/ RODDRICK B. NEWHOUSE | |
| Current Projected Date Of Final Report (TFR): | 03/30/2022 | RODDRICK B. NEWHOUSE | |